██ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDITH CIARAVALLI, Appellant, against EDWARD R. SCANLON, Respondent.— Appeal from so much of an order as dismisses a writ of habeas corpus and awards custody of Edward R. Scanlon, Jr., the infant child of the parties, to respondent. Order, insofar as appealed from, affirmed, without costs. (See *People ex rel. Scanlon* v. *Ciaravalli,* 2 A D 2d 702.) Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur.